

**RECEIVED**
DEC 17 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 17 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Barry Burrell 2006-006-6096

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Tom Dart
Medical Director Ting

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**07cv7068
JUDGE BUCKLO
MAG. JUDGE COX**

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A. Name: Barry Burrell 2006-006-6096

  B. List all aliases: N/A

  C. Prisoner identification number: # 2006-006-6096

  D. Place of present confinement: Cook County Department of Corrections

  E. Address: 2650 South California Ave. Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Tom Dart

  Title: Sheriff

  Place of Employment: Cook County Department of Corrections

  B. Defendant: Ting

  Title: Medical Director

  Place of Employment: Cook County Department of Corrections

  C. Defendant: _____

  Title: _____

  Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A. Is there a grievance procedure available at your institution?

        YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

    B. Have you filed a grievance concerning the facts in this complaint?

        YES (✓)  NO ( )

    C. If your answer is YES:

        1. What steps did you take?
        Step 1, medical request
        Step 2, Asked social worker
        Step 3, Grievance

        2. What was the result?
        No Responce Defendant Refused to respond

        3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
        Defendants Refused to respond

    D. If your answer is NO, explain why not:

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?
   Talked to social worker, and was told

2. What was the result?
   Was told their weren't any specialist to do the procedure.

H. If your answer is NO, explain why not:

4

Revised: 7/20/05

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count ① 8th & 14th Amendment cruel & unusual Punishment, Due Process. In all counts Defendants are sued in their individual & offical capacites. On 2-07 date I was schedualed to have surgery for a Hernia when the schedualed date came I was never called, and this has happened twice. I started putting medical request slips in and asked a social worker to see why I wasn't called, and was told that I wasn't on the list, by the social worker, and my request slips was never answered, and now I'm medically worse.

Defendants knew or should have known that their actions would cause me Irreparable damage, (Injuries) Defendants did so maliciously and intentionally with the intent to cause plantiff injury. And did so for no penological purpose as a result of these violations I suffer from; severe Depression, severe Headaches Blood in my urine, and swollen and tender testicals.

Count ② 8th & 13th Amendment cruel & unusual Punishment, Due Process. On 1-07 date, I went to the dentist for abcesses, and 3 broken teeth and bleeding of the gums. I was given an antibiotic and pain releivers and was told that I was schedualed for emergency surgery in 2 weeks when the 2 weeks had passed, I started putting medical request slips in and asked a social worker to see why I wasn't called and was told that their weren't any dentist in the building. I've been putting in medical request slip and haven't gotten a respance. And now I'm medically worse.

Defendants knew or should have known that their sttions would cause me Irreparable Injuries, Defendants did so maliciously and intentionally with the

4

Revised 9/2007

Intent to cause plantiff injury, and did so for no penological purpose. As a result of these violations I suffer; from; severe Depression, severe Headaches, and tender and bleeding gums.

In all counts defendants are sued in their individual & offical compacities

Count ③ Retaliation 1st amendment On 2-3/07 date, Defendants began retaliating against Plaintiff because, Plaintiff has filed several complaints, and grievances.

Ⓐ Defendant refused to answer Plaintiffs grievances

Ⓑ Plaintiffs mail and request forms periodically get delivered

Ⓒ Defendants withheld various articals of Plantiffs mail, and destroyed others.

Ⓓ Defendants told detainees the nature of Plantiffs case.

Defendants knew or should have known, that their actions would cause Plaintiff irrepreable damages. Defendants did so maliciously and intentionally, with the intent to cause Plantiff harm, and did so for no penological purpose. As a result, I suffer from severe head achs, severe depression, and loss of moral support of family.

Defendants are being sued in their individual & offical compacities

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$500,000 compensentory,$ $1,000,000 punative damages, Immediate surgery for injuries, and any other remedies the court deems just and equitable.

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of November 2007

*Barry Burrell*
(Signature of plaintiff or plaintiffs)

Barry Burrell
(Print name)

2006-006-6096
(I.D. Number)

Cook County Department of Corrections

P.O. Box 089002

Chgo, IL, 60608
(Address)