**PRISONER CASE**

07cv7068
JUDGE BUCKLO
MAG. JUDGE COX

UNITED STATES DISTRICT
NORTHERN DISTRICT OF I

## Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | BARRY BURRELL | **Defendant(s):** | TOM DART, etc., et al. |

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Barry Burrell
#2006-0066096
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**FILED**

DEC 17 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 17 2007

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 12/17/2007