

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Barry Burrell    )
                              )   **07cv7068**
            v.                )   **JUDGE BUCKLO**
Defendant(s) Sheriff Tom Dart )   **MAG. JUDGE COX**
  Medical Director Ting       )
                              )

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Barry Burrell ,declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

**FILED**
DEC 17 2007
DEC 1 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Barry Burrell                        2600 s. California Ave. po Box 089002
Movant's Signature                   Street Address

11-22-07                             Chgo, IL 60608
Date                                 City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number:_____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number:_____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number:_____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number:_____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |