IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARRY BURRELL,<br><br>    Plaintiff,<br><br>v.<br><br>TOM DART, Sheriff, an individual,<br>TING, Medical Director, an individual,<br><br>    Defendants. | No. 1:07-cv-07068<br><br>Judge: Elaine E. Bucklo |

**MOTION FOR EXTENSION OF TIME
TO INVESTIGATE AND FILE AN AMENDED COMPLAINT**

Plaintiff, Barry Burrell ("Plaintiff"), by his attorney, for his Motion for Extension of Time to Investigate and File an Amended Complaint, states as follows:

1. On December 17, 2007, Barry Burrell filed a *pro se* complaint alleging that the Defendants violated his civil rights as protected by 42 U.S.C. § 1983 by failing to provide adequate medical care to him as an inmate incarcerated by the Cook County Department of Corrections.

2. By Order dated March 17, 2008, the Court dismissed Mr. Burrell's *pro se* complaint, and due to the severity of the allegations, appointed Anthony J. Ashley as counsel for Mr. Burrell.

2. Since being appointed to represent Plaintiff in this case, counsel has attempted to make an appropriate investigation of the allegations of Plaintiff's Complaint, in order to determine the appropriate parties against whom a complaint should be filed. These efforts have included interviewing Mr. Burrell in person where he is being detained at the Cook County Department of Corrections and obtaining a release from Mr. Burrell to gather all relevant

CHICAGO/#1781279.1

medical records from the medical personnel servicing the Cook County Department of Corrections.

3.      As of this date and despite these efforts, however, counsel's investigation remains incomplete because counsel not yet received all of Mr. Burrell's medical records, and therefore counsel is not yet able to fully evaluate the extent of Mr. Burrell's claims. Upon receipt of Mr. Burrell's medical records, counsel for Mr. Burrell will promptly evaluate and file Mr. Burrell's Amended Complaint, if warranted

5.      In light of the foregoing, Mr. Burrell requests additional time (45 days) to investigate and potentially file an Amended Complaint so that counsel has sufficient time to appropriately investigate the underlying facts and law, and to determine the need for or propriety of amended pleadings.

6.      Plaintiff's counsel is not requesting this additional time for the purpose of delay or harassment, and Defendants will not be prejudiced if the instant motion is granted.

WHEREFORE, Plaintiff prays for an Order (a) granting Plaintiff's Motion for Extension of Time to File an Amended Complaint; (b) allowing Plaintiff an additional 45 days, to and including June 20, 2008, to file an Amended Complaint against the appropriate parties; and (c) granting such other relief as the Court deems appropriate.

Respectfully submitted,

BARRY BURRELL

By: s/Anthony J. Ashley
      One of His Attorneys

Anthony J. Ashley
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: May 7, 2008

CHICAGO/#1781279.1