IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARRY BURRELL, | |
| Plaintiff, | |
| v. | No. 1:07-cv-07068 |
| TOM DART, Sheriff, an individual, TING, Medical Director, an individual, | Judge: Elaine E. Bucklo |
| Defendant. | |

## NOTICE OF MOTION

To:   Ting, Medical Director                    Tom Dart, Sheriff
     c/o Cook County Dept. of Corrections   c/o Peter Kramer (Cook County Sheriff's Counsel)
     Attn: Division Five Legal Dept.        50 W. Washington, Room 704
     2700 S. California                     Chicago, IL 60602
     Chicago, IL 60608

On May 13, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1441, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Motion for Extension of Time to Investigate and File an Amended Complaint.

BARRY BURRELL


By: s/Anthony J. Ashley
    One of His Attorneys

Anthony J. Ashley
Brian Ledebuhr
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated: May 7, 2008

CHICAGO/#1781852.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of the foregoing Motion for Extension of Time to Investigate and File an Amended Complaint were served on

Ting, Medical Director
 c/o Cook County Dept. of Corrections
Attn: Division Five Legal Dept.
2700 S. California
Chicago, IL 60608

and

Tom Dart, Sheriff
 c/o Peter Kramer (Cook County Sheriff's Counsel)
50 W. Washington, Room 704
Chicago, IL 60602

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on May 7, 2008.

s/Anthony J. Ashley