IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARRY BURRELL,<br><br>      Plaintiff,<br><br>v.<br><br>TOM DART, Sheriff, an individual,<br>TING, Medical Director, an individual,<br><br>      Defendants. | No. 1:07-cv-07068<br><br>Judge: Elaine E. Bucklo |

## MOTION FOR EXTENSION OF TIME
## TO INVESTIGATE AND FILE AN AMENDED COMPLAINT

Plaintiff, Barry Burrell ("Plaintiff"), by his attorney, for his Motion for Extension of Time to Investigate and File an Amended Complaint, states as follows:

1. On December 17, 2007, Barry Burrell filed a *pro se* complaint alleging that the Defendants violated his civil rights as protected by 42 U.S.C. § 1983 by failing to provide adequate medical care to him as an inmate incarcerated by the Cook County Department of Corrections.

2. By Order dated March 17, 2008, the Court dismissed Mr. Burrell's *pro se* complaint, and due to the severity of the allegations, appointed Anthony J. Ashley as counsel for Mr. Burrell.

3. Since being appointed to represent Plaintiff in this case, counsel has attempted to make an appropriate investigation of the allegations of Plaintiff's Complaint, in order to determine the appropriate parties against whom a complaint should be filed. These efforts have included interviewing Mr. Burrell in person where he is being detained at the Cook County Department of Corrections and obtaining a release from Mr. Burrell to gather all relevant

medical records from the medical personnel servicing the Cook County Department of Corrections.

4. On May 7, 2008, Mr. Burrell filed with the Court a Motion for Extension of Time to Investigate and File an Amended Complaint, seeking additional time (45 days) to retrieve all of Mr. Burrell's medical records and retain an expert to fully evaluate the extent of Mr. Burrell's claims.

5. On May 12, 2008, the Court entered an Order granting Mr. Burrell's initial Motion for Extension of Time to Investigate and File an Amended Complaint, thereby giving Mr. Burrell until June 20, 2008 to file an Amended Complaint.

6. Since the Court granted Mr. Burrell's initial Motion for Extension of Time to Investigate and File an Amended Complaint, counsel has diligently attempted to retrieve all of Mr. Burrell's medical records. However, counsel for Mr. Burrell has to date received only a portion of his medical records, despite their best efforts and awaits for the remaining records to be delivered from the Cermak Health Services of Cook County. Nevertheless, counsel has retained a consulting physician to evaluate the extent of Mr. Burrell's claims based upon the medical records presently in Mr. Burrell's possession. Upon receiving Mr. Burrell's remaining medical records, and discussing these records with their consulting physician, counsel will be better positioned to determine the proper scope of Mr. Burrell's claims, if any.

7. In light of the foregoing, Mr. Burrell requests additional time (45 days) to investigate and potentially file an Amended Complaint so that counsel has sufficient time to appropriately investigate the underlying facts and law, and to determine the need for or propriety of amended pleadings.

8.     Plaintiff's counsel is not requesting this additional time for the purpose of delay or harassment, and Defendants will not be prejudiced if the instant motion is granted.

WHEREFORE, Plaintiff prays for an Order (a) granting Plaintiff's Motion for Extension of Time to File an Amended Complaint; (b) allowing Plaintiff an additional 45 days, to and including August 4, 2008, to file an Amended Complaint against the appropriate parties; and (c) granting such other relief as the Court deems appropriate.

> Respectfully submitted,
>
> BARRY BURRELL
>
>
> By: s/Anthony J. Ashley
>            One of His Attorneys

Anthony J. Ashley
Brian W. Ledebuhr
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: June 19, 2008