IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARRY BURRELL,<br><br>   Plaintiff,<br><br>v.<br><br>TOM DART, Sheriff, an individual, TING, Medical Director, an individual,<br><br>   Defendant. | No. 1:07-cv-07068<br><br>Judge: Elaine E. Bucklo |

### RE-NOTICE OF MOTION

To: Ting, Medical Director    Tom Dart, Sheriff
   c/o Cook County Dept. of Corrections   c/o Peter Kramer (Cook County Sheriff's Counsel)
   Attn: Division Five Legal Dept.    50 W. Washington, Room 704
   2700 S. California    Chicago, IL 60602
   Chicago, IL 60608

  On July 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1441, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Motion for Extension of Time to Investigate and File an Amended Complaint.

                 BARRY BURRELL


                 By: s/Anthony J. Ashley
                   One of His Attorneys

Anthony J. Ashley
Brian Ledebuhr
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated: June 23, 2008

CHICAGO/#1781852.2

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing Motion for Extension of Time to Investigate and File an Amended Complaint were served on

>Ting, Medical Director
> c/o Cook County Dept. of Corrections
> Attn: Division Five Legal Dept.
> 2700 S. California
> Chicago, IL 60608
>
> and
>
> Tom Dart, Sheriff
> c/o Peter Kramer (Cook County Sheriff's Counsel)
> 50 W. Washington, Room 704
> Chicago, IL 60602

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on June 23, 2008.

s/Anthony J. Ashley