**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Barry Burrell
                       Plaintiff,

v.                                                 Case No.: 1:07−cv−07068
                                                        Honorable Elaine E. Bucklo

Tom Dart, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held on 8/12/2008.Status hearing set for 10/1/2008 at 09:30 AM. Plaintiff's oral motion for leave to take 30 (b)(6) deposition of Cermak Health Services of Cook County is granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.